**Cover Sheet attachment**

*William M. Bulgar, Jr., Administrator of the Estate of James Bulger v. USP Coleman, et al.*

Additional attorneys of records for Plaintiff

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com

*s/Benjamin Adams*
Benjamin Adams, Esq. (WSB# 11454)
Calwell Luce diTrapano PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
badams@calwelllaw.com

*s/ Alex McLaughlin*
Alex McLaughlin, Esq. (WVSB# 9696)
Calwell Luce diTrapano PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
amclaughlin@calwelllaw.com

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com