AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| WILLIAM M. BULGER, JR.<br>Administrator of the Estate of James J. Bulger<br><br>*Plaintiff(s)*<br>v.<br>JOHN/JANE DOES 1-30<br>ALL OF WHOM ARE EMPLOYEES<br>OF THE FEDERAL BUREAU OF PRISONS, and<br>UNITED STATES OF AMERICA<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-206<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US Attorney NDWV
Randolph J. Bernard, Acting U.S. Attorney
U.S. Courthouse
1125 Chapline Street
P.O. Box 591
Wheeling, WV 26003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jay T. McCamic
McCamic Law Firm, PLLC
80 12th Streeet, Suite 305
PO Box 151
Wheeling WV 26003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Cheryl Dean Riley

CLERK OF COURT

Date: 7.28.21

L.M. Murphy

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-206

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **US Attorney NDWV  Randolph J. Bernard, Acting U.S. Atty**
was received by me on *(date)* **07/29/2021** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: A copy of the Summons and Amended Complaint was served upon the United States of America, U.S. Attorney for the NDWV, Return Receipt Requested. A return receipt was received on 07/29/21 showing a served date of 07/29/21

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **07/29/2021**

*Server's signature*

Jay T. McCamic
*Printed name and title*

McCamic Law Firm, PLLC
PO Box 151
Wheeling WV 26003
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney NDWV
Randolph J. Bernard, Acting US Atty
1125 Chapline Street
P.O. Box 591
Wheeling WV 26003

9590 9402 6770 1074 6861 61

2. Article Number (Transfer from service label)

7020 2450 0002 2647 6670

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lori Mowder Cook
☐ Agent
☐ Addressee

B. Received by (Printed Name): Lori Mowder Cook
C. Date of Delivery: 7-29-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70202450000226476670

Your item was picked up at the post office at 9:59 am on July 29, 2021 in WHEELING, WV 26003.

## ✓ Delivered, Individual Picked Up at Post Office

July 29, 2021 at 9:59 am
WHEELING, WV 26003

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

**Tracking History** ∧

July 29, 2021, 9:59 am
Delivered, Individual Picked Up at Post Office
WHEELING, WV 26003
Your item was picked up at the post office at 9:59 am on July 29, 2021 in WHEELING, WV 26003.

July 28, 2021, 3:12 pm
Departed Post Office
WHEELING, WV 26003

July 28, 2021, 2:07 pm
USPS in possession of item
WHEELING, WV 26003