**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
Attorney General of the U.S.
US Dept of Justice
950 Pennsylvania Ave., NW
Washington DC 20530-0001

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6770 1074 6861 78

2. Article Number (Transfer from service label)

7020 2450 0002 2647 6656

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

AUG 0 2 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70202450000226476656

Your item was delivered at 4:59 am on August 2, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

August 2, 2021 at 4:59 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 2, 2021, 4:59 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:59 am on August 2, 2021 in WASHINGTON, DC 20530.

August 1, 2021, 9:47 am
Available for Pickup
WASHINGTON, DC 20530

August 1, 2021, 6:55 am
Arrived at Hub
WASHINGTON, DC 20018

**July 31, 2021**
In Transit to Next Facility

**July 29, 2021, 1:31 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 28, 2021, 10:47 pm**
Arrived at USPS Regional Origin Facility
PITTSBURGH PA DISTRIBUTION CENTER

**July 28, 2021, 3:12 pm**
Departed Post Office
WHEELING, WV 26003

**July 28, 2021, 2:07 pm**
USPS in possession of item
WHEELING, WV 26003

Feedback

**Product Information**  ⌄

See Less  ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**