# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**IN RE:**

| CIVIL ACTION NOS.: | 1:16-CV-169 | 1:19-CV-223 | 1:20-CV-273 |
|---|---|---|---|
| | 1:17-CV-095 | 1:20-CV-012 | 1:20-CV-278 |
| | 1:18-CV-124 | 1:20-CV-015 | 1:21-CV-005 |
| | 1:18-CV-206 | 1:20-CV-018 | 1:21-CV-017 |
| | 1:19-CV-001 | 1:20-CV-020 | 1:21-CV-034 |
| | 1:19-CV-003 | 1:20-CV-023 | 1:21-CV-046 |
| | 1:19-CV-022 | 1:20-CV-032 | 1:21-CV-048 |
| | 1:19-CV-033 | 1:20-CV-040 | 1:21-CV-052 |
| | 1:19-CV-074 | 1:20-CV-075 | 1:21-CV-055 |
| | 1:19-CV-080 | 1:20-CV-096 | 1:21-CV-059 |
| | 1:19-CV-130 | 1:20-CV-124 | 1:21-CV-061 |
| | 1:19-CV-135 | 1:20-CV-133 | 1:21-CV-063 |
| | 1:19-CV-141 | 1:20-CV-137 | 1:21-CV-068 |
| | 1:19-CV-152 | 1:20-CV-146 | 1:21-CV-072 |
| | 1:19-CV-186 | 1:20-CV-211 | 1:21-CV-074 |
| | 1:19-CV-189 | 1:20-CV-227 | 1:21-CV-084 |
| | 1:19-CV-195 | 1:20-CV-234 | 1:21-CV-085 |
| | 1:19-CV-197 | 1:20-CV-235 | 1:21-CV-090 |
| | 1:19-CV-208 | 1:20-CV-239 | 1:21-CV-101 |
| | 1:19-CV-209 | 1:20-CV-241 | 1:21-CV-112 |
| | 1:19-CV-210 | 1:20-CV-243 | 1:21-CV-113 |
| | 1:19-CV-222 | 1:20-CV-246 | 1:21-CV-120 |
| | 1:21-CV-124 | 1:20-CV-251 | 1:21-CV-121 |
| | 1:21-CV-125 | 1:21-CV-127 | 3:20-CV-198 |
| | | | 3:20-CV-206 |

## ORDER TRANSFERRING CASES

For reasons appearing to the Court, it is hereby **ORDERED** that the above-styled matters be **TRANSFERRED** to and placed on the docket of the Honorable John Preston Bailey, United States District Judge.

The Clerk is directed to transmit copies of this Order to any counsel of record and to the pro se Petitioners by certified mail, return receipt requested, and to the Honorable John Preston Bailey.

DATED: October 5, 2021.

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE