IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg

**WILLIAM M. BULGER,**
Administrator of the Estate
of James Bulger,

        Plaintiff,

v.                                **CASE NO: 3:20-CV-206**
                                                Judge Bailey

**HUGH HURWITZ, et al.,**

        Defendants.

## ORDER DENYING MOTION TO STAY DISCOVERY-RELATED DEADLINES

Pending before this Court is defendants' Motion to Stay Discovery-Related Deadlines [Doc. 40], filed September 10, 2021. Therein, defendants move this Court pursuant to Federal Rule of Civil Procedure 26(c) to stay this Court's discovery-related deadlines until this Court has ruled on the defendants' forthcoming motions to dismiss.

This Court notes that it is afforded "broad discretion to stay proceedings as an incident to its power to control its own docket." ***Clinton v. Jones***, 520 U.S. 681, 706 (1997). In the exercise of such discretion, and in consideration of the arguments contained in the pending Motion, this Court declines to stay discovery in this matter while motions are forthcoming.

Accordingly, the Motion to Stay Discovery-Related Deadlines [**Doc. 40**] is **DENIED**. The parties are **DIRECTED** to submit a Rule 26(f) report and a completed Scheduling Order Checklist (see attached) to this Court within **seven (7)** days following the entry of this Order.

It is so **ORDERED**.

1

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 7, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

Civil Action No. _____

_____
Defendant(s).

## SCHEDULING ORDER CHECKLIST

1. INTERMEDIATE PRETRIAL CONFERENCE     _____

2. MEDIATION          Before -      _____

3. JOINDER AND AMENDMENTS       _____

4. EXPERT DISCLOSURE

    a. With Burden     _____

    b. Without Burden  _____

5. EXAMINATION/INSPECTIONS     _____

6. DISCOVERY COMPLETION        _____

7. DISPOSITIVE MOTIONS         _____

    _____ Responses

    _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a)(3)

                                                                                  _____

        a. Objections          _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

                                                                  _____

        a. Objections          _____

10. MOTIONS IN LIMINE     _____

        a. Objections          _____

11. BIOGRAPHICAL SKETCHES    _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

                                                                 _____

13. FINAL PRETRIAL CONFERENCE  _____

14. Trial                              _____

        (If non-jury trial, Proposed Findings of Fact and Conclusions of Law are to be filed with Court and opposing counsel _____)