IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM M. BULGER, JR.,                  )
Administrator of the Estate of           )
James Bulger,                            )
            Plaintiff,          )          CIVIL ACTION NO.  3:20-CV-206
                                    )
     v.                                  )          JUDGE JOHN PRESTON BAILEY
                                      )
                                      )          *(Electronically Filed)*
HUGH HURWITZ, *et al*.                    )
                                      )
            Defendants.         )

## THE UNITED STATES OF AMERICA'S MOTION TO DISMISS

NOW COMES Defendant the United States of America, by and through its undersigned

Counsel, and respectfully moves this Court, under Rule 12(b)(1) of the Federal Rules of Civil

Procedure, to dismiss Plaintiff William M. Bulger, Jr.'s ("Plaintiff") Second Amended Complaint

(Dkt. No. 8), with prejudice.  The United States of America's Motion is based on the facts, law,

and argument contained in the accompanying Memorandum in Support of Motion to Dismiss,

which is incorporated herein by reference.

WHEREFORE, for the foregoing reasons and those set forth in the United States of America's accompanying Memorandum in Support, the United States of America respectfully requests that the Court grant the instant Motion and dismiss Plaintiff's Second Amended Complaint with prejudice.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney


*/s/ Adam Fischer*
ADAM FISCHER
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7343
PA ID No. 314548
*Counsel for the United States of America*


WILLIAM J. IHLENFELD, II
United States Attorney


*/s/ Erin K. Reisenweber*
Erin K. Reisenweber
Assistant U.S. Attorney/NDWV
217 West King Street, Suite 400
Martinsburg, WV 25401
(304) 262-0590
Erin.Reisenweber@usdoj.gov
W.Va. Bar No. 9537
*Counsel for the United States of America*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22nd day of October, 2021, a true and correct copy of the within

*The United States of America's Motion to Dismiss* was served by ECF and/or first class mail upon

all counsel of record.

/s/ *Erin K. Reisenweber*
Erin K. Reisenweber
Assistant U.S. Attorney