IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| WILLIAM M. BULGER, JR., Administrator of the Estate of James Bulger, <br>     Plaintiff, <br><br> v. <br><br> JOHN/JANE DOES 1-30 ALL OF WHOM ARE EMPLOYEES OF THE FEDERAL BUREAU OF PRISONS, and UNITED STATES OF AMERICA <br>     Defendants. | CIVIL ACTION NO. 3:20-CV-206 <br><br> JUDGE JOHN PRESTON BAILEY <br><br> *(Electronically Filed)* |

## DECLARATION OF JOSHUA BRAWLEY

Pursuant to 28 U.S.C. § 1746, I, Joshua Brawley, do hereby declare under the penalty of perjury as follows:

1. I am employed by the Federal Bureau of Prisons ("BOP") as the Executive Assistant at the United States Penitentiary in Bruceton Mills, West Virginia ("USP Hazelton").

2. I am aware that William Bulger, Jr., Administrator of the Estate of James Bulger, has filed a wrongful death suit regarding the death of James Bulger, Reg. No. 02182-748, on October 30, 2018 at USP Hazelton.

3. I have access to the official records compiled and maintained by the BOP, including inmate files and the BOP computerized records system ("SENTRY").

4. I hereby certify that the attached document is a true and accurate copy of an official record received, compiled, and maintained in the ordinary course of business by the BOP.

5. I am familiar with the BOP regulations, policies, procedures and general practices regarding the intake process for inmates transferred from one institution to another, including USP Hazelton. BOP Program Statement 5290.15, *Intake Screening*, instructs staff immediately upon an inmate's arrival to conduct a social interview of the inmate and determine if there are non-medical reasons for housing the inmate away from general population. Staff shall review SENTRY information and the Inmate Central File or

1

  Presentence Investigation Report to help make this decision. Then within 24 hours of an inmate's arrival, medical staff shall screen the inmate in compliance with BOP medical procedures to determine if there are medical reasons for housing the inmate away from general population. The social interview is documented on the Intake Screening Form.

6.  I have reviewed the Intake Screening Form for James Bulger, dated October 29, 2018.

7.  Based on my review, James Bulger arrived at USP Hazelton on October 29, 2018 at approximately 6:49 p.m. Staff conducted the social interview of Bulger at 7:25 p.m. and reviewed his Presentence Investigation Report and Inmate Central File before assigning him to general population. Additionally, staff referred Bulger for a psychological examination at 8:21 p.m. Attachment A, BOP Intake Screening Form.

I declare under the penalty of perjury, the foregoing is true and correct.

Executed this __20th__ day of October 2021.

Joshua Brawley
Executive Assistant
USP Hazelton

# EXHIBIT A

```
HAZFI 535*08 *         FEDERAL BUREAU OF PRISONS              10-29-2018
PAGE 001    *            INTAKE SCREENING FORM                 18:49:10
```

NAME......: BULGER, JAMES J                UNIT......: F-1
REGISTER NO: 02182-748                     DOB (AGE) : REDACTED (89)
RACE / SEX.: WHITE / MALE                  ETHNIC...: OTHER THAN HISP
RESIDENCE..: SANTA MONICA, CA 90403        RSP OF...: HAZ A-DES

****************** INMATE INTERVIEW ******************

DATE / TIME ARRIVED: 10-24-18   1849     TIME INTERVIEWED: 1925

1) DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
   PLACED IN GENERAL POPULATION?                          YES ___  NO _X_

2) HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY?   YES ___  NO _X_

3) ARE YOU A CIM CASE?                                    YES _X_  NO ___

4) HAVE YOU TESTIFIED AGAINST ANYONE IN COURT?            YES ___  NO _X_

5) ARE YOU A MEMBER/ASSOCIATE OF ANY GANG?                YES ___  NO _X_

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED?                YES ___  NO _X_

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED?            YES ___  NO _X_

INTERVIEWER COMMENTS: _____
Psychology notified at HAZ/Psychology PREA
Referral on 10/29/18 @ 8:21 pm (date)
to address PREA concerns
for victimization &/or abusiveness

1951 Rape, 6-2015 205 (Y 1)

CIRCLE ONE:
I (HAVE) / HAVE NOT RECEIVED A BUREAU OF PRISONS "ADMISSIONS AND
ORIENTATION BOOKLET" DEFINING MY "RIGHTS AND RESPONSIBILITIES" AND THE
"PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

DO YOU WISH TO SELF-IDENTIFY YOUR SEXUAL
ORIENTATION, GENDER IDENTITY, ANY DISABILITIES,
AND/OR SELF-PERCEPTION OF VULNERABILITY?                  YES ___  NO _X_  N/A ___

INMATE COMMENT: I'm straight
INMATE SIGNATURE: James Bulger                    DATE: 10-29-18
INTERVIEWER: Jackson/[illegible]   TITLE: CCC      DATE: 10-29-18

****************** STAFF CHECKLIST ******************

PSI REVIEWED?                                             YES _X_  NO ___
CENTRAL FILE REVIEWED?                                    YES _X_  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR?       YES _X_  NO ___
COMMENTS: _____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: _____

PSYCH ALERT (YES/NO).....: NO           (IF YES, DO NOT RELEASE TO GENERAL
                                         POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION: YES _X_ NO ___ (IF NO, EXPLAIN) _____