IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| WILLIAM M. BULGER, JR., Administrator of the Estate of James Bulger, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:20-CV-206 |
| v. | ) ) | JUDGE JOHN PRESTON BAILEY |
| | ) ) | *(Electronically Filed)* |
| HUGH HURWITZ, *et al*. | ) ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant the United States of America's Motion to Dismiss, Memorandum in Support of Motion to Dismiss, and any response and/or reply thereto, it is hereby ORDERED that the Motion is GRANTED, and that all claims against the United States of America in Plaintiff's Second Amended Complaint are dismissed, with prejudice.

_____, J.