# PLACEHOLDER FOR THE INDIVIDUAL DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

# (PENDING THE COURT'S RULING ON THE INDIVIDUAL DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS)