IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| WILLIAM M. BULGER, JR. Administrator of the Estate of James Bulger, <br><br> Plaintiff, <br><br> v. <br><br> HUGH HURWITZ, et al. <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 3:20-cv-206 ) ) ) ) ) ) ) ) |

**PROPOSED ORDER GRANTING THE INDIVIDUAL DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST THEM**

This matter comes before the Court on the Individual Defendants' Motion to Dismiss Plaintiff's Claims Against Them. No hearing being necessary, and for good cause shown, the Motion is GRANTED. It is hereby

ORDERED that Plaintiff's claims against the Individual Defendants are dismissed with prejudice and the Individual Defendants are dismissed from this case.

ENTERED on _____, 2021.

_____
John Preston Bailey
United States District Judge