IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM M. BULGER, JR.
Administrator of the
Estate of James Bulger;

 Plaintiff,

v.            Civil Action No.: 3:20-cv-206

HUGH HURWITZ, et al.,

 Defendants.

### PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

  Now comes plaintiff, by counsel, Jay T. McCamic, Esquire and Anthony I. Werner, Esquire, pursuant to Local Rule of Civil Procedure 7.02, who moves this Court for leave to file a Memorandum in Response to "The Individual Defendant's Motion to Dismiss Plaintiff's Claims Against Them" in excess of 25 pages. With Court leave, the individual defendants submitted a memorandum in support of their motion 32 pages in length, resulting in plaintiff's need to also exceed the standard page limitation. The proposed Memorandum and proposed Order granting this Motion are attached hereto.

                /s/Jay T. McCamic
                Jay T. McCamic, Esq. (WVSB# 2386)
                McCamic Law Firm, PLLC
                80 12th Street, Ste. 305
                P.O. Box 151
                Wheeling, WV 26003
                Telephone: 304-238-9460
                Fax: 304-830-5324
                jay@mccamic.com

                                                *s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| WILLIAM M. BULGER, JR. )<br>Administrator of the )<br>Estate of James Bulger; )<br>   )<br>   Plaintiff, )<br>   )<br>v.   )<br>   )<br>HUGH HURWITZ, et al., )<br>   )<br>   Defendants. )<br>   ) | Civil Action No.: 3:20-cv-206 |

**CERTIFICATE OF SERVICE**

Service of the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT** was had upon the defendants by mailing a true copy thereof by First Class United States Mail, postage prepaid, this 22nd day of November, 2021, to the following:

/s/Jay T. McCamic
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com


s/Anthony I. Werner
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com