# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM M. BULGER, JR.
Administrator of the
Estate of James Bulger;

    Plaintiff,

v.                                          Civil Action No.: 3:20-cv-206

HUGH HURWITZ, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO EXCEED PAGE LIMIT

Upon due consideration of *Plaintiff's Motion for Leave to Exceed Page Limit*, the Court does find the Motion well taken and does consequently order that the motion is GRANTED.

Entered this **23rd** day of **November**, 2021.

                                                                  John Preston Bailey, Judge
                                                                   United States District Court