**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

WILLIAM M. BULGER, JR.
Administrator of the Estate of James Bulger,

Plaintiff,

v. Civil Action No.: 3:20-cv-206

HUGH HURWITZ, et al.

Defendants.

**NOTICE OF APPEAL**

Comes now the plaintiff, William M. Bulger, by his counsel, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, and files this Notice that he intends to appeal the January 12, 2022, Judgment Order (Dkt 61) dismissing the above action with prejudice.

Respectfully submitted,

*s/Jay T. McCamic*
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com
Benjamin Adams, Esq. (WSB# 11454)
badams@calwelllaw.com
Alex McLaughlin, Esq. (WVSB# 9696)
amclaughlin@calwelllaw.com

*s/ Henry B. Brennan*
Henry B. Brennan (*Pro Hac Vice*)
20 Park Plaza #400
Boston, MA 02116
Telephone: (617) 201-5977
F: (617) 812-3066
hb@hbjustice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2022, I electronically filed the above motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Jay T. McCamic
Jay T. McCamic, Esq.